# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,   : No. 61 EM 2015
:
           Respondent          :
:
:
:
          v.                :
:
:
:
KALIF V. GANT,               :
:
           Petitioner          :

## ORDER

**PER CURIAM**

    **AND NOW**, this 27th day of August, 2015, the Motion for Correction of Superior Court Docket and the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* are **DENIED**.